UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF NEIL BROWN,
*by Sandra Brown as Administrator,*

       Plaintiff,

    v.                                    Case No. 17-cv-1031-pp

NORTH HAVEN RESORT, INC.,

       Defendant.

---

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 20)
AND DISMISSING CASE**

---

On July 20, 2018, the parties filed a stipulation of voluntary dismissal.

Dkt. No. 20. The court **APPROVES** the stipulation and **ORDERS** that this case

is **DISMISSED** with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated in Milwaukee, Wisconsin this 23rd day of July, 2018.

               **BY THE COURT:**

               **HON. PAMELA PEPPER**
               **United States District Judge**